NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1439

SUCCESSION OF ROBERT HOWARD LEGER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 38,078
HONORABLE DAVID KENT SAVOIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

BILLY HOWARD EZELL
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Billy Howard Ezell, and James T. Genovese, Judges.

REVERSED IN PART.

Charles Schrumpf
Schrumpf & Schrumpf
3801 Maplewood Drive
Sulphur, LA 70663
(337) 625-9077
Counsel for Appellant:
Sandra Leger

Maria Cooksey
Attorney at Law
1047 Lakeshore Drive
Gallatin, TN 37066
Counsel for Appellees:
Jonnie Elizabeth Leger
April Leger Clark